1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLAH,

                              Petitioner,          Case No. C19-0902-TSZ-MAT

        v.

STEPHEN SINCLAIR, *et al.*,                        REPORT AND RECOMMENDATION

                              Respondents.

14      Petitioner Allah is a state prisoner who is currently confined at the Washington State

15 Penitentiary in Walla Walla, Washington.  On May 16, 2019, petitioner filed a petition for writ of

16 habeas corpus in the United States District Court for the Eastern District of Washington.  (*See* Dkt.

17 1.)  Petitioner asserted therein that he was being illegally confined pursuant to King County

18 Superior Court criminal judgments entered in case numbers 99-1-06987-7 SEA, 01-1-10807-3

19 SEA, 01-1-09716-6 SEA, and 02-1-02047-6 SEA.  (*See id*. at 2.)  He requested various forms of

20 relief in his petition including immediate release from confinement.  (*See id*. at 3.)

21      On June 3, 2019, United States District Judge Stanley A. Bastian entered an Order

22 transferring the petition to this District because petitioner was seeking to challenge a term of

23 confinement arising from a conviction in King County.  (Dkt. 5.)  Shortly after the petition was

REPORT AND RECOMMENDATION
PAGE - 1

received in this District, petitioner submitted an application for leave to proceed with this action *in forma pauperis*. (Dkt. 9.)

As Judge Bastian noted in his Order directing transfer of the petition to the Western District of Washington, the petition filed in the Eastern District was the same as a petition filed in this District and opened under cause number C19-735-JLR-MAT, *Allah v. Sinclair, et al*. (Dkt. 5 at 1.) The petition filed under cause number C19-735-JLR-MAT remains pending at this time. As the instant action is clearly duplicative, this Court recommends that petitioner's application to proceed *in forma pauperis* be denied and that this action be dismissed without further expenditure of judicial resources. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 16, 2019**.

DATED this 19th day of July, 2019.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2