# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALLAH,

    Petitioner,

v.

STEPHEN SINCLAIR, *et al.*,

    Respondents.

Case No. C19-0902-TSZ

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, Petitioner's objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation, docket no. 12, is approved and adopted;

(2) Petitioner's application to proceed with this action *in forma pauperis*, docket no. 9, is DENIED, and this action is DISMISSED as duplicative; and

(3) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 13th day of August, 2019.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge